No. 95–591. UNITED STATES *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. Fed. Cir. [Certiorari granted, *ante,* p. 1021.] Motion of the Solicitor General to dispense with printing the joint appendix granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 95–638. BANKERS TRUST CO. *v.* PROCTER & GAMBLE CO. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–6503. IN RE HOLCOMB; and
No. 95–7070. IN RE BROWN. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 29, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95–6821. IN RE EVERHART;
No. 95–6822. IN RE GISEBURT;
No. 95–6823. IN RE NEAL;
No. 95–6912. IN RE MAGEE;
No. 95–6914. IN RE MOYER;
No. 95–6994. IN RE CHATFIELD; and
No. 95–7074. IN RE MAGEE. Petitions for writs of habeas corpus denied.

No. 95–625. IN RE HOLYWELL CORP. ET AL.;
No. 95–678. IN RE LUCILLE;
No. 95–6445. IN RE HOLSTON;
No. 95–6597. IN RE KLOEHN;
No. 95–6693. IN RE TAMAYO; and
No. 95–6946. IN RE CARTWRIGHT. Petitions for writs of mandamus denied.

No. 94–2050. TYSON *v.* TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 95–254. AMERICAN LEGION ET AL. *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. D. C. Cir. Certiorari denied.